# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128978

UNITED STATES STEEL CORP,
        Petitioner-Appellant,

v

                                                  SC: 128978
                                                  COA: 260704
                                                  MTT: 00-311158

CITY OF ECORSE and COUNTY OF
WAYNE,
        Respondents-Appellees.
_____/

       On order of the Court, the application for leave to appeal the March 30, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005                            _____
d1219                                                       Clerk